IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL FULLER, Individually and on**                  **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                  No. 2:20-cv-82-BSM

**SINGLETON FARMS, LLC,**                  **DEFENDANTS**
**and MARK SINGLETON**

## JOINT NOTICE OF SETTLEMENT

      The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal with Prejudice within thirty (30) days from the filing of this Joint Notice of Settlement. In light of the recent progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFF MICHAEL FULLER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **SINGLETON FARMS, LLC, and MARK SINGLETON, DEFENDANTS**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 370-1526
Facsimile: (501) 370-1578

*/s/ Michael S. Moore*
Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com