IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL FULLER, Individually and on**                 **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                 No. 2:20-cv-82-BSM

**SINGLETON FARMS, LLC,**                 **DEFENDANTS**
**and MARK SINGLETON**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Michael Fuller and Defendants Singleton Farms, LLC, and Mark Singleton, by and through their undersigned counsel, and for their Joint Stipulation of Dismissal with Prejudice, hereby state as follows:

1. Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq*.

2. After arms-length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. This Court has not certified a collective action, nor does the parties' agreement purport to resolve any claims on behalf of any class.

4. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 2
Michael Fuller, et al. v. Singleton Farms, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 2:20-cv-82-BSM
Joint Stipulation of Dismissal with Prejudice

5. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

          Respectfully submitted,

          **PLAINTIFF MICHAEL FULLER**

          SANFORD LAW FIRM, PLLC
          Kirkpatrick Plaza
          10800 Financial Centre Pkwy, Suite 510
          Little Rock, Arkansas 72211
          Telephone: (501) 221-0088
          Facsimile: (888) 787-2040

          Lydia H. Hamlet
          Ark. Bar No. 2011082
          lydia@sanfordlawfirm.com

          Josh Sanford
          Ark. Bar No. 2001037
          josh@sanfordlawfirm.com

and   **SINGLETON FARMS, LLC,
and MARK SINGLETON,
DEFENDANTS**

          FRIDAY, ELDREDGE & CLARK, LLP
          2000 Regions Center
          400 West Capitol Avenue
          Little Rock, AR 72201
          Telephone: (501) 370-1526
          Facsimile: (501) 370-1578

          */s/ Michael S. Moore*
          Michael S. Moore
          Ark. Bar No. 82112
          mmoore@fridayfirm.com

Page 2 of 2
Michael Fuller, et al. v. Singleton Farms, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 2:20-cv-82-BSM
Joint Stipulation of Dismissal with Prejudice