IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL FULLER, Individually and on
behalf of all others similarly situated**                                              **PLAINTIFF**

v.                              CASE NO. 2:20-CV-00082-BSM

**SINGLETON FARMS, LLC,
and MARK SINGLETON**                                                                     **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 24] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE