IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL FULLER, Individually and on
behalf of all others similarly situated**                            **PLAINTIFF**

v.                         **CASE NO. 2:20-CV-00082-BSM**

**SINGLETON FARMS, LLC,
and MARK SINGLETON**                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The parties will bear their own attorney's fees and costs.

IT IS SO ORDERED this 12th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE